| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 73.181.127.68 | 56786 | [unknown Client] | 2017-11-15 14:06:09 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 2 | 73.203.62.187 | 29621 | µTorrent 3.5.0 | 2017-11-15 03:42:41 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 3 | 67.190.153.29 | 19138 | BitComet 0.1.3 | 2017-11-14 18:19:54 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Breckenridge | Summit County |
| 4 | 73.181.118.195 | 21188 | µTorrent 3.5.0 | 2017-11-14 15:26:28 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Pueblo | Pueblo County |
| 5 | 71.229.139.166 | 17742 | µTorrent 3.5.0 | 2017-11-14 13:01:30 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 6 | 73.95.139.67 | 44394 | Azureus 5.7.5 | 2017-11-14 11:09:28 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Boulder | Boulder County |
| 7 | 67.190.148.20 | 54321 | µTorrent 3.5.0 | 2017-11-14 00:31:57 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Steamboat Springs | Routt County |
| 8 | 67.176.112.72 | 52786 | µTorrent 3.5.0 | 2017-11-13 21:13:40 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Littleton | Arapahoe County |
| 9 | 73.14.240.120 | 62744 | µTorrent 3.5.0 | 2017-11-13 15:11:57 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Aurora | Adams County |
| 10 | 67.190.99.84 | 49049 | µTorrent 3.5.0 | 2017-11-13 07:32:57 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 11 | 73.34.156.19 | 35765 | BitTorrent 7.1.0 | 2017-11-13 02:16:49 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Littleton | Arapahoe County |
| 12 | 73.229.149.244 | 18054 | libtorrent 1.1.1 | 2017-11-13 01:46:23 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 13 | 73.153.126.161 | 64825 | µTorrent 3.5.0 | 2017-11-13 01:45:22 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 14 | 71.205.126.172 | 8999 | qBittorrent 3.3.G | 2017-11-13 00:49:27 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Pueblo | Pueblo County |
| 15 | 67.190.181.104 | 62037 | BitTorrent 7.1.0 | 2017-11-12 21:51:48 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Greeley | Weld County |
| 16 | 73.78.247.171 | 6881 | µTorrent 4.3.0 | 2017-11-12 15:39:17 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Greeley | Weld County |
| 17 | 73.14.166.176 | 63226 | µTorrent 3.5.0 | 2017-11-12 15:05:03 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Denver | Denver County |
| 18 | 73.14.173.67 | 65356 | [unknown Client] | 2017-11-12 08:39:47 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Boulder | Boulder County |
| 19 | 73.95.30.68 | 8999 | qBittorrent 3.3.G | 2017-11-12 06:06:46 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Denver | Denver County |
| 20 | 24.8.11.28 | 53629 | [unknown Client] | 2017-11-12 05:07:14 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Aurora | Adams County |
| 21 | 73.95.4.97 | 54264 | µTorrent 3.5.0 | 2017-11-12 03:10:35 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Fort Collins | Larimer County |
| 22 | 73.34.66.17 | 8999 | qBittorrent 3.3.G | 2017-11-12 00:47:38 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Pueblo | Pueblo County |
| 23 | 67.174.190.162 | 55462 | BitTorrent 7.1.0 | 2017-11-11 23:22:46 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 24 | 73.153.127.116 | 14496 | [unknown Client] | 2017-11-11 19:24:25 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 25 | 75.71.204.98 | 6890 | TuoTu 1.5.8 | 2017-11-11 17:48:26 | The Hitman\'s Bodyguard (2017) [1080p] [YTS.AG] | SHA1: 6336FE5A90D4DF80E | Comcast Cable | Colorado | Colorado Springs | El Paso County |