IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02808-WYD-MEH

BODYGUARD PRODUCTIONS, INC.,

    Plaintiff,

v.

JOHN DOES 1, 3–10, 12, 14–17, 19, 21–24,

    Defendants.

---

# ORDER TO SHOW CAUSE

---

**Michael E. Hegarty, United States Magistrate Judge.**

    This matter comes before the Court *sua sponte*, due to Plaintiff's failure to demonstrate service upon the Defendant John Does in accordance with Fed. R. Civ. P. 4(m). Rule 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

The Plaintiff initiated this action on November 22, 2017. According to the docket in this case, the Plaintiff has filed five notices of voluntary dismissal of five Defendants. While Plaintiff has sought an extension of time within which to serve the remaining Defendants, that deadline expired on March 23, 2018. There is no indication on the docket that the remaining John Does have been served, and the Plaintiff has filed no further requests for extension of time within which to serve the Defendants.

    THEREFORE, Plaintiff is hereby ORDERED to show cause in writing no later than **April**

**2, 2018**, as to why this Court should not recommend that its claims against all Defendant John Does be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated this 28th day of March, 2018, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge