# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-2808-WJD-MEH

BODYGUARD PRODUCTIONS, INC.,
A NEVADA CORPORATION,

    Plaintiff,

vs.

JOHN DOE 1, et.al.,

    Defendants.

---

## RESPONSE TO ORDER TO SHOW CAUSE

---

Plaintiff responds to this Courts Order To Show Cause, that there is no good cause to keep this matter open. Plaintiff respectfully requests the Court dismiss its claims against all Defendant John Does without prejudice pursuant to Fed. R. Civ. P.4(m).


Respectfully submitted this 2nd day of April 2018

BROWN & KANNADY, LLC

        /s/ Scott T. Kannady

        Scott T. Kannady, No. 29995
        BROWN & KANNADY, LLC
        2000 South Colorado Blvd., Suite 2-440
        Denver, CO 80222
        Phone: (303) 757-3800
        Fax: (303) 757-3815
        E-mail: scott@brownlegal.com
        ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2018, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                       */s/ Michelle M. Dickey*
                                       Michelle M. Dickey
                                       Original Signature on File